UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HECTOR MIGUEL GONZALEZ-AHUMADA and ERNESTO ALONSO GODINEZ-ABREGO, on behalf of themselves and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>JONES SWEET POTATO EQUIPMENT, INC., JIMMY D. JONES, JR., and BARBARA D. JONES,<br><br>    Defendants. | JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE<br><br>Civil Action No.:<br>5:19-cv-00133-H |

Plaintiffs Hector Miguel Gonzalez-Ahumada and Ernesto Alonso Godinez-Abrego (hereinafter referred to as the "Plaintiffs" and jointly with the Defendants as the "Parties") and Defendants Jones Sweet Potato Equipment, Inc., Jimmy D. Jones, Jr., and Barbara D. Jones (hereinafter referred to as the "Defendants" and jointly with the Plaintiffs as the "Parties"), by and through their attorneys, hereby move for Court approval of the attached Settlement Agreements and General Releases marked as Exhibit A (signed by Plaintiff Gonzalez-Ahumada and the Defendants) and Exhibit B (signed by Plaintiff Godinez-Abrego and the Defendants) under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b).

In support of this Motion, the Parties rely on the concurrently filed Joint Memorandum of Law in Support of their Joint Motion.

Wherefore, the Parties respectfully request that their Joint Motion for Approval of FLSA Settlement Agreement be GRANTED by the Court in the manner set forth in the attached

proposed Order for the reasons set out in the accompanying Memorandum of Law.

Respectfully submitted this 27th day of May, 2019.

CRANFILL, SUMNER & HARTZOG, LLP    LAW OFFICE OF ROBERT J. WILLIS, P.A.

| | |
|---|---|
| /s/ F. Marshall Wall | /s/ Robert J. Willis |
| F. Marshall Wall, Esq. | Robert J. Willis, Esq. |
| NC Bar #26804 | NC Bar #10730 |
| mwall@cshlaw.com | rwillis@rjwillis-law.com |
| Michael Cohen | |
| NC Bar #50629 | |
| mcohen@cshlaw.com | |
| | |
| Mailing address: | Mailing Address: |
| P.O. Box 27808 | P.O. Box 1828 |
| Raleigh, NC 27611 | Pittsboro, NC 27312 |
| Tel: (919)424-3850 | Tel: (919)821-9031 |
| Fax: (919)786-9662 | Fax: (919)821-1763 |
| Counsel for Defendants | |
| | (street address) |
| | 488 Thompson Street |
| | Pittsboro, NC 27312 |
| | Counsel for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that on May 27th, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: F. Marshall Wall and Michael Cohen.

This the 27th day of May 2019.

/s/Robert J. Willis
E-mail: rwillis@rjwillis-law.com
NC Bar No: 10730