UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HECTOR MIGUEL GONZALEZ-AHUMADA and ERNESTO ALONSO GODINEZ-ABREGO, on behalf of themselves and all other similarly situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| JONES SWEET POTATO EQUIPMENT, INC., JIMMY D. JONES, JR., and BARBARA D. JONES, | ) Civil Action No.:<br>) 5:19-cv-00133-H<br>) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement asking the Court to approve the settlement agreement executed by Counsel for the Parties on behalf of plaintiffs Hector Miguel Gonzalez-Ahumada and Ernesto Alonso Godinez-Abrego, by their counsel of record, and on behalf of defendants Jones Sweet Potato Equipment, Inc., Jimmy D. Jones, Jr., and Barbara D. Jones, by their counsel of record, with respect to plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, the North Carolina Wage and Hour Act ("NCWHA"), N.C.Gen.Stat. § 95-25.1 *et seq.*, the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 29 U.S.C. § 1801 *et seq.*, the Right to Work As a Union Member statutory claim, N.C. Gen.Stat. §§ 95-78, 95-81, and 95-83, and the common law of contracts based upon the H-2A job order employment contract claim asserted in this case. Based on the information presented, the Court finds that the

1

settlement is a fair and reasonable resolution of a bona fide FLSA and NCWHA dispute, has been obtained without any collusion by the parties or their respective counsel, and that the relief requested in the Joint Motion and Supporting Memorandum for Approval of FLSA Settlement Agreement is fair, reasonable, and appropriate.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Approval of FLSA Settlement Agreement is GRANTED, and the settlement agreement between the parties IS APPROVED. The clerk is directed to close this case subject to the right of either party to petition the court within 60 days to reopen this matter to enforce the settlement agreement.

Entered this the 21st day of January 2020.

_____
Malcolm J. Howard
Senior United States District Judge